UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SZILVIA ILYES,

                    Plaintiff,

-v-

MELIDO GROSS CASTRO, *et al.*,

                    Defendants.

22-CV-4703 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The jury trial in this case is hereby scheduled to begin on **Monday, December 2, 2024, at 9:30 AM**.

    A final pretrial conference will be held on **November 22, 2024, at 2:30 PM**.

    The final pretrial conference, jury selection, and trial will take place in Courtroom 706, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    The parties shall confer and file a joint pretrial order no later than **November 8, 2024.** The joint pretrial order must comply with this Court's Individual Rules and Practices.

    Any motions in limine, proposed jury instructions, and proposed voir dire questions shall also be filed by **November 8, 2024**. Oppositions to motions in limine shall be filed by **November 15, 2024**.

    SO ORDERED.

Dated: August 14, 2024
       New York, New York

                                                            J. PAUL OETKEN
                                                  United States District Judge