UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SZILVIA ILYES,

                    Plaintiff,

-against-                          22 **CIVIL** 4703 (JPO)

                                                  **JUDGMENT**

MELIDO GROSS CASTRO, et al.,

                    Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 17, 2025, Defendant Castro's motion to dismiss for lack of subject matter jurisdiction is GRANTED and Plaintiffs' motions in limine are DENIED as moot and without prejudice to being asserted in state court. Accordingly, the case is closed.

**Dated:**  New York, New York

       January 21, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                                     **BY:**  _____

                                                         **Deputy Clerk**